IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DEWAYMON A. HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 119-205 |
| SHERIFF RICHARD ROUNDTREE; CHRISTOPHER WEISMAN, Parole Officer; JOHN DOE, Deputy Sheriff; JANE DOE, Deputy Sheriff; CHRISTOPHER M. BRACEWELL, Laurens County Sheriff's Deputy; and AMANDA CANNEDY, Parole Officer, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 1st day of April, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA